U.S. District Court
District of Massachusetts
Appliant Judge

FILED
IN CLERKS OFFICE

2023 JAN 23 PM 12: 36

U.S. DISTRICT COURT

Gregory Arthur Weiler II,

    Petitioner

)
) Concerning: Inheritance Protocols
)

liambus

The British Royal Crown,

    Payee

## Introduction

Greetings. My name is Gregory Arthur Weiler II & I am seeking to file a claimancy on Trust Funds & Royal monies from an inheritance I am guaranteed by my lineage. I am also seeking all land assets such as properties.

## Motion For Case Pickup
### As Pro Se Filing

I, Gregory, will be representing myself in this proceeding. I

would like to motion for the case to proceed to its first stage, the genealogical presentation. For it I would like to motion.

## Motion For Archived Records
### Subpoena

I would like to motion for The British Royal Navy to furnish records of my lineage as my grandfather's (deceased) U.S. Army protocols required them to be on file ~~[scribbled]~~ ~~[scribbled]~~ (see Adams Query US Elite Squadron records by subpoena for proof of this statement).

These records plead my cause & case to the court as I have 17 Royal titles owed to me because of my lineage & hence I am entitled to proceed to receive an substantial inheritance.

### Once Finished

Please notify me once this has been done as this is a matter of personal vendetta less than a matter of national security.